JS-6

*FILED CLERK, U.S. DISTRICT COURT*
*AUG - 4 2014*
*CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Madeline S. Brechlin, Susan Cogliano,* <br><br> **Plaintiffs,** <br><br> v. <br><br> *Waterfall Asset Management LLC, et al.* <br><br> **Defendants.** | CASE NO. ED CV 14-0502-ABC (MANx) <br><br> **JUDGMENT** |

Pursuant to our August 4, 2014 Order Denying Plaintiffs' Ex Parte Application for Temporary Restraining Order and Dismissing Action Without Prejudice for Failure to Effect Service of Process, entered concurrently with this Judgment, we hereby dismiss the Complaint without prejudice for Plaintiffs' failure to effect service of process upon Defendants.

**IT IS SO ORDERED**.

DATED: August 4, 2014

GEORGE H. KING
Chief United States District Judge